AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| ESTHER KATHLEEN THARP | ) | Case Number: 4:08CR00340-02 GTE |
| | ) | USM Number: 25296-009 |
| | ) | Patrick J. Benca |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1 of the second superseding information.

☐ pleaded nolo contendere to count(s)     
which was accepted by the court.

☐ was found guilty on count(s)     
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1), (b)(1)(B) and 846 | Conspiracy to Possess With Intent to Distribute and Distribution of Methamphetamine Actual, a Class B Felony | 8/15/2008 | 1ss |

     The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)     

☑ Count(s)    1,1s,2,2s,5,5s,11, and 10s    ☐ is    ☑ are    dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/17/2010
Date of Imposition of Judgment

/s/ Garnett Thomas Eisele
Signature of Judge

Garnett Thomas Eisele      U.S. District Judge
Name of Judge      Title of Judge

5/18/2010
Date

AO 245B     (Rev. 09/08) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: ESTHER KATHLEEN THARP
CASE NUMBER: 4:08CR00340-02 GTE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

SIXTY (60) MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

That the Defendant participate in residential substance abuse treatment (the REDAP program) and educational and vocational programs during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: ESTHER KATHLEEN THARP
CASE NUMBER: 4:08CR00340-02 GTE

Judgment—Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

### FOUR (4) YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

DEFENDANT: ESTHER KATHLEEN THARP
CASE NUMBER: 4:08CR00340-02 GTE

Judgment—Page __4__ of __6__

## ADDITIONAL SUPERVISED RELEASE TERMS

14) Defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: ESTHER KATHLEEN THARP                           Judgment — Page  5  of  6
CASE NUMBER:  4:08CR00340-02 GTE

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 100.00       | $ 0.00   | $ 0.00          |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
|                   |                  |                         |                            |

| TOTALS | $ 0.00 | $ 0.00 |
|--------|--------|--------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ESTHER KATHLEEN THARP
CASE NUMBER: 4:08CR00340-02 GTE

Judgment — Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
    See Exhibit "A" attached hereto and incorporated herein by reference.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

ESTHER KATHLEEN THARP, 4:08CR00340-02 GTE

EXHIBIT "A" to Judgment, Forfeiture of the following:

One Taurus .22 Mag. Revolver serial# NL12437
One Kel-Tec .380 Caliber semi automatic pistol serial #JE792
One Taurus 38 Special handgun serial#KE32506
One Beretta .22 short semi-auto pistol serial #BU00765T
Two Colt .22 calibers Derringers serial numbers #29402 DER and #29401 DER
One Jennings .22 Semi-auto serial #364806
One High Point .45 Semi-auto serial #480516
One Heritage .22 Revolver serial #PS07404
One Ruger .22 semi-auto serial # 21019497
One Rexio .22 single shot serial # 100911
One Taurus .22 semi-auto with case serial #AUA04222
One Beretta .22 semi auto with two mags and case serial # P72858
One Imperial metal product .22 short Revolver serial #45659
One H&R .22 Revolver Trapper model serial #128586
One Heritage Arms .22 Revolver serial #J13911
One Dickson Detective .25 Cal semi-auto serial #87517
One Phoenix Arms .22 semi-auto serial #4283250
One New England Handy Rifle .243 Cal. Single shot serial #256899
One Stevens .410 Cal. Bolt action serial# N/A
One Remington 7mm08 bolt action serial#B6064100 with scope
One Mossberg 12ga shotgun pump serial#U430669
One Winchester .22 Cal. LR Rifle Semi-Auto Model 77 serial#25396
One J.C. Higgins .22 Cal. Mag Rifle serial# N/A
One Savage .22 Cal. LR Rifle Bolt Action Model 93 serial #936043 with scope
One Marlin .22 Cal. Mag Rifle Bolt Action serial#98691495 with scope
One Marlin .22 WMR Rifle Bolt Action serial#97649696 with scope
One New England Arms .17 Mach II Rifle single shot serial #360208 with scope.
One Marlin .22 Mag. Rifle Bolt Action serial#96625674 with scope
One Savage .300 Win Mag Rifle LH Bolt Action Model 110 serial#F434420 with scope

Page 2

One Mossberg 20ga bolt action shotgun Model 185D/B serial # N/A
One Iver Johnson's 410ga single shot shotgun serial#39359XH engraved "Frank P Lawrence 1886-1961"
One Maverick 12ga pump shotgun model 88 serial#MV74517L
One Ithaca 12ga pump shotgun serial#371433896
One Spartan .410 single shot shotgun Model SPR100 serial#05117368R
One Steven's 20ga pump shotgun Model 67 series E serial #D695932
One Companhia Brasil .410 single shot shotgun model SB serial#906272
One 16ga semi-auto shotgun model 11-48 serial#5539581
One Remington 20ga pump shotgun model 870 Wing Master serial#T057459X
One Remington 12ga pump shotgun model 870 Wing Master serial#V376061V
One Traditions .50 Cal. Muzzle Loader serial#14-13-054144-07 with scope
One Rossi match set .243 Cal and 12ga shotgun in box with case serial#SP593290
One Remington model 710 bolt action .243 Cal serial#71338751 with scope
One Marlin 30-30 Cal. Lever Action serial#RL000791 with scope
One Ruger model 10-22 semi-auto .22 Cal with scope serial #24404056
One Ruger model 10-22 semi-auto .22 Cal with scope serial #125-99159
One Ruger model 10-22 semi-auto .22 Cal with scope serial #256-24407
One Remington model 597 semi-auto .22 Cal rifle with scope serial#A2769060
One Remington model 597 semi-auto .22 Cal rifle serial #B2623217
One Ruger model 77 bolt action .22 Cal rifle with scope serial#700-9407
One High Point model 995 semi-auto 9X19 Cal serial#E13415
One Traditions Muzzle Loader .50 Cal serial#14-13-028083-00
One Thompson Center Muzzle Loader .50 Cal serial#172627
One Thompson Center Muzzle Loader .50 Cal serial#K126243
One Mossberg pump shotgun .410 Cal serial#R512011
One Winchester Model 1200 pump shotgun 12ga serial#L710617

Page Three

    One EL FAISAN double barrel .410 Cal serial#64565
    One Taurus model 72 pump .22 Cal rifle serial#VF2213
    One semi-auto .22 Cal. Rifle with green wood stock serial # N/A with scope
    One Mossberg Camo model 500A pump shotgun 12ga serial #P204927
    One Stevens Model 200 gray synthetic stock with scope .223 Cal bolt action serial #G766364
    One Charles Daly camo pump shotgun 20ga serial#7601306
    One Marlin model 883SS bolt action .22 WMR serial#05461555
    One Savage model mach II black synthetic stock .17 mach II serial#0458944
    One Henry Lever Action .22 Cal with scope serial#365451H
    One Ruger model M77 mark II 25.06 Cal with scope serial #790-54036
    One Beretta semi-auto .22 Cal serial#C36243
    One Winchester Model 190, .22 caliber rifle, serial number 17771141
    One Beretta, 12 gauge semi-automatic shotgun, serial number D12649


End of Exhibit "A"